# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00237(1)-ADA |
| | § | |
| (1) RENE LEON-MARTINEZ | § | |

### ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 8, 2025, wherein the defendant (1) RENE LEON-MARTINEZ waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) RENE LEON-MARTINEZ to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (1) RENE LEON-MARTINEZ's plea of guilty to Count One (1) is accepted.

     Signed this 29th day of May, 2025.

                                                                         ALAN D ALBRIGHT
                                                                        UNITED STATES DISTRICT JUDGE